JOHN TATUM
ATTORNEY AT LAW

AP-77,021
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 3/4/2015 4:08:42 PM
Accepted 3/4/2015 4:10:48 PM
ABEL ACOSTA
CLERK

990 S. Sherman
Richardson, Texas 75081
(972) 705-9200

March 4, 2015

Abel Acosta, Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308
Capitol Station
Austin, Texas 78711

FILED IN
COURT OF CRIMINAL APPEALS

March 6, 2015

ABEL ACOSTA, CLERK

Re:     Oral argument in Cause No. AP-77,021
        Naim Rasool Muhammad v. The State of Texas

Dear Mr.Acosta:

        The undersigned counsel will present oral argument on behalf of Appellant in the above mentioned case on April 1, 2015. Appellant's counsel will present argument on issues nos. 35-37 which concerns trial counsel's series of complaints that the trial judge would not make preliminary or threshold evaluations of admissibility of evidence of extraneous bad acts or offenses in the punishment hearing and issue no. 40 that the trial judge improperly commented on the evidence at the end of the punishment hearing which denied Appellant his right to due process.

Sincerely,

/s/ John Tatum

John Tatum
State Bar No. 19672500
900 South Sherman Street
Richardson, Texas 75081
(972) 705-9200
johntatumlaw@gmail.com

JT:mt